# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity; Sierra Club; WildEarth Guardians,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>United States Forest Service; United States Fish and Wildlife Service,<br><br>　　　　Defendants, | **JUDGMENT IN A CIVIL CASE**<br><br>CIV 09-8116-PCT-FJM |

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED  that pursuant to the Court's Order of November 5, 2009, granting Defendants' Cross-Motion for Summary Judgment, judgment is entered in favor of Defendants.  Plaintiffs shall take nothing by way of the Complaint.  The Complaint and this action are hereby dismissed.

| | |
|---|---|
| _November  5,  2009_<br>Date | RICHARD H. WEARE<br>District Court Executive/Clerk<br><br>.  s/  Ruth E. Williams<br>By　　Ruth E. Williams<br>　　　Deputy Clerk |